INFOSINT S.A., Plaintiff–Appellant,

v.

H. LUNDBECK A/S, Lundbeck, Inc., Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., Defendants–Appellees.

No. 2010–1429.

United States Court of Appeals, Federal Circuit.

March 11, 2011.

James Galbraith, Kenyon & Kenyon, LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief were Maria Luisa Palmese, Walter E. Hanley, Jr., John R. Kenny, and Merri C. Moken.

Peter J. Armenio, Quinn, Emanuel, Urquhart & Sullivan, LLP, of New York, NY, argued for defendants-appellees. Of counsel on the brief were Ellen A. Scordino and Benjamin A. Lasky, Kirkland & Ellis, LLP, of New York, NY.

Before GAJARSA, PROST, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

YANGAROO, INC., Plaintiff–Appellant,

v.

DESTINY MEDIA TECHNOLOGIES INC., Destiny Software Productions Inc., and MPE Distribution, Inc., Defendants–Appellees.

No. 2010–1424.

United States Court of Appeals, Federal Circuit.

March 14, 2011.

Jonathan H. Margolies, Michael Best & Friedrich, LLP, of Milwaukee, Wisconsin, argued for plaintiff-appellant. With him on the brief was Katherine W. Schill.

Ted Sabety, Sabety & Associates, PLLC, of New York, New York, argued for defendants-appellees.

Before BRYSON, SCHALL, and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**